NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
OPEN ACCESS LAW, APC
Jason Theodore Soller (SBN 306137)
Adina Hunter (SBN 362332)
5815 W. Sunset Blvd., Ste. 206
Los Angeles, CA 90028

ATTORNEY(S) FOR: ROGELIO SANTIBANEZ

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ROGELIO SANTIBANEZ

v.                                    Plaintiff(s),

ERIC ALEJANDRO PARA D/B/A ANGELITOS
NUTRITION; SHAHNAZ NASSIM MIRHAROONI, AS
TRUSTEE OF THE MIRHAROONI FAMILY TRUST;
and DOES 1 to 10

                                      Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for            ROGELIO SANTIBANEZ
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in
the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification
or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ROGELIO SANTIBANEZ | Plaintiff |
| ERIC ALEJANDRO PARA D/B/A ANGELITOS NUTRITION | Defendant/Business Owner |
| SHAHNAZ NASSIM MIRHAROONI, AS TRUSTEE OF THE MIRHAROONI FAMILY TRUST | Defendant/Property Owner |

4/13/2026                              /s/ Jason Theodore Soller
Date                                   Signature

                                       Attorney of record for (or name of party appearing in pro per):

                                       ROGELIO SANTIBANEZ

CV-30 (05/13)                          **NOTICE OF INTERESTED PARTIES**