POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| OPEN ACCESS LAW APC<br>JASON SOLLER<br>5815 WEST SUNSET BOULEVARD SUITE 206<br>LOS ANGELES, CA 90028<br>TELEPHONE NO: 213-401-4114     FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*:   ROGELIO SANTIBANEZ | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Los Angeles | |
|---|---|
| STREET ADDRESS:  350 West 1st Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:  Los Angeles, 90012<br>BRANCH NAME:  First Street Courthouse | |

| PLAINTIFF / PETITIONER:   ROGELIO SANTIBANEZ<br>DEFENDANT / RESPONDENT:   ERIC ALEJANDRO PARA D/B/A ANGELITOS NUTRITION; SHAHNAZ NASSIM MIRHAROONI, AS TRUSTEE OF THE MIRHAROONI FAMILY TRUST | CASE NUMBER:<br>2:26-cv-03887 |
|---|---|

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>15663537 (2:26-cv-03887) |
|---|---|

*(Separate proof of service is required for each party served.)*

1.  At the time of service I was at least 18 years of age and not a party to this action.
2.  I served copies of:                                    (Fed.R. Civ. P. 4(c)(2). "Service in compliance with federal rules of civil procedures")
    a.  [X]  summons
    b.  [X]  complaint
    c.  [ ]  Alternative Dispute Resolution (ADR) package
    d.  [X]  Civil Case Cover Sheet *(served in complex cases only)*
    e.  [ ]  cross-complaint
    f.  [X]  other *(specify documents)*:   CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT; NOTICE TO PARTIES: ADA DISABILITY ACCESS LITIGATION
3.  a.  Party served *(specify name of party as shown on documents served)*:
        SHAHNAZ NASSIM MIRHAROONI, AS TRUSTEE OF THE MIRHAROONI FAMILY TRUST
    b.  [ ]  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4.  Address where the party was served:
    11810 KEARSARGE STREET, LOS ANGELES, CA 90049
5.  I served the party *(check proper box)*
    a.  [X]  **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:   Tue, May 05 2026          (2) at *(time)*:   08:52 PM
    b.  [ ]  **by substituted service**. On *(date)*:                    at *(time)*:                    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

        (1)  [ ]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
        (2)  [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
        (3)  [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
        (4)  [ ]  I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:
             from *(city)*:                                          or [ ] a declaration of mailing is attached.
        (5)  [ ]  I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use | **PROOF OF SERVICE OF SUMMONS** | Page 1 of 2 |
|---|---|---|
| Judicial Council of California | | Code of Civil Procedure, § 417.10 |
| POS-010 [Rev. January 1, 2007] | | |

| | |
|---|---|
| PLAINTIFF / PETITIONER: ROGELIO SANTIBANEZ<br>DEFENDANT / RESPONDENT: ERIC ALEJANDRO PARA D/B/A ANGELITOS NUTRITION; SHAHNAZ NASSIM<br>MIRHAROONI, AS TRUSTEE OF THE MIRHAROONI FAMILY TRUST | CASE NUMBER:<br>2:26-cv-03887 |

5.  c.  ☐  **by mail and acknowledgment of receipt of service**. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

      (1)  on *(date)*:                      (2)  from *(city)*:

      (3)  ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

      (4)  ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d.  ☐  **by other means** *(specify means of service and authorizing code section)*:

      ☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

   a.  ☒  as an individual defendant.

   b.  ☐  as the person sued under the fictitious name of *(specify)*:

   c.  ☐  as occupant.

   d.  ☐  On behalf of *(specify)*:

      under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| ☐ other: | |

7.  **Person who served papers**

   a.  Name:            MICHAEL RODGERS

   b.  Address:         440 NORTH MOUNTAIN AVENUE SUITE 115, UPLAND, CA 91786

   c.  Telephone number:    909-850-5242

   d.  **The fee** for service was:

   e.  I am:

      (1)  ☐  not a registered California process server.

      (2)  ☐  exempt from registration under Business and Professions Code section 22350(b).

      (3)  ☒  a registered California process server:

         (i)  ☐ owner  ☐ employee  ☒ independent contractor

         (ii)  Registration No:  833

         (iii)  County:  SAN BERNARDINO

8.  ☒  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

     or

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:  05/06/2026

MICHAEL RODGERS

_____
(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

*M. Rodger*

_____
(SIGNATURE)