POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| OPEN ACCESS LAW APC<br>JASON SOLLER<br>5815 WEST SUNSET BOULEVARD SUITE 206<br>LOS ANGELES, CA 90028<br>TELEPHONE NO: 213-401-4114    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*:    ROGELIO SANTIBANEZ | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Los Angeles | |
|---|---|
| STREET ADDRESS:  350 West 1st Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:  Los Angeles, 90012<br>BRANCH NAME:  First Street Courthouse | |

| PLAINTIFF / PETITIONER:  ROGELIO SANTIBANEZ<br>DEFENDANT / RESPONDENT:  ERIC ALEJANDRO PARA D/B/A ANGELITOS NUTRITION; SHAHNAZ NASSIM MIRHAROONI, AS TRUSTEE OF THE MIRHAROONI FAMILY TRUST | CASE NUMBER:<br>2:26-cv-03887 |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>15663536 (2:26-cv-03887) |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:   (Fed.R. Civ. P. 4(c)(2). "Service in compliance with federal rules of civil procedures")
   a. [X] summons
   b. [X] complaint
   c. [ ] Alternative Dispute Resolution (ADR) package
   d. [X] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [X] other *(specify documents)*:   CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO A U.S. MAGISTRATE JUDGE AND DECLINATION OF CONSENT; NOTICE TO PARTIES: ADA DISABILITY ACCESS LITIGATION
3. a. Party served *(specify name of party as shown on documents served)*:
      ERIC ALEJANDRO PARA D/B/A ANGELITOS NUTRITION
   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
4. Address where the party was served:
   2526 SOUTH SAN PEDRO STREET, LOS ANGELES, CA 90011
5. I served the party *(check proper box)*
   a. [ ] **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:    (2) at *(time)*:
   b. [X] **by substituted service**. On *(date)*:   Mon, May 11 2026    at *(time)*:   06:39 PM    I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      Norma Escamilla Manager
      (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [X] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date)*:   Mon, May 11 2026
          from *(city)*:   UPLAND    or [ ] a declaration of mailing is attached.
      (5) [X] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Page 1 of 2<br>Code of Civil Procedure, § 417.10 |

| | |
|---|---|
| PLAINTIFF / PETITIONER: ROGELIO SANTIBANEZ<br>DEFENDANT / RESPONDENT: ERIC ALEJANDRO PARA D/B/A ANGELITOS NUTRITION; SHAHNAZ NASSIM MIRHAROONI, AS TRUSTEE OF THE MIRHAROONI FAMILY TRUST | CASE NUMBER:<br>2:26-cv-03887 |

5.  c.  ☐  **by mail and acknowledgment of receipt of service**. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1)  on *(date)*:                                                (2)  from *(city)*:

(3)  ☐  with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

(4)  ☐  to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d.  ☐  **by other means** *(specify means of service and authorizing code section)*:

☐  Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

a.  ☐  as an individual defendant.

b.  ☐  as the person sued under the fictitious name of *(specify)*:

c.  ☐  as occupant.

d.  ☒  On behalf of *(specify)*:    ANGELITOS NUTRITION
under the following Code of Civil Procedure section:

|   |   |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| ☐ other: | |

7.  **Person who served papers**

a.  Name:        MICHAEL RODGERS

b.  Address:     440 NORTH MOUNTAIN AVENUE SUITE 115, UPLAND, CA 91786

c.  Telephone number:     909-850-5242

d.  **The fee** for service was:

e.  I am:

(1)  ☐  not a registered California process server.

(2)  ☐  exempt from registration under Business and Professions Code section 22350(b).

(3)  ☒  a registered California process server:

(i)  ☐ owner  ☐ employee  ☒ independent contractor

(ii)  Registration No:  833

(iii)  County:  SAN BERNARDINO

8.  ☒  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9.  ☐  **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date:  05/12/2026

MICHAEL RODGERS

_____

(NAME OF PERSON WHO SERVED PAPERS / SHERIFF OR MARSHAL)

_____

(SIGNATURE)

MC-031

| PLAINTIFF / PETITIONER: ROGELIO SANTIBANEZ<br>DEFENDANT / RESPONDENT: ERIC ALEJANDRO PARA D/B/A ANGELITOS NUTRITION; SHAHNAZ NASSIM MIRHAROONI, AS TRUSTEE OF THE MIRHAROONI FAMILY TRUST | CASE NUMBER:<br>2:26-cv-03887 |
| --- | --- |

## DECLARATION OF DILIGENCE
(This form must be attached to another form or court paper before it can be filed in court.)

1) Unsuccessful Attempt: May 6, 2026, 3:12 pm PDT at 2526 SOUTH SAN PEDRO STREET, LOS ANGELES, CA 90011
Per employee, the recipient is not at work today.

2) Unsuccessful Attempt: May 8, 2026, 11:10 am PDT at 2526 SOUTH SAN PEDRO STREET, LOS ANGELES, CA 90011
Per employee, the recipient is not at work today.

3) Unsuccessful Attempt: May 9, 2026, 8:43 am PDT at 2526 SOUTH SAN PEDRO STREET, LOS ANGELES, CA 90011
Per employee, the recipient is not at work today.

4) Successful Attempt: May 11, 2026, 6:39 pm PDT at 2526 SOUTH SAN PEDRO STREET, LOS ANGELES, CA 90011 received by Norma Escamilla Manager.

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   05/12/2026

MICHAEL RODGERS
_____
(TYPE OR PRINT NAME)

_M. Rodger_
_____
(SIGNATURE OF DECLARANT)

☐ Attorney for    ☐ Plaintiff    ☐ Petitioner    ☐ Defendant
☐ Respondent    ☒ Other *(Specify):* REGISTERED PROCESS SERVER