Jason Theodore Soller (SBN 306137)
**OPEN ACCESS LAW, APC**
5815 W. Sunset Blvd., Ste. 206
Los Angeles, CA 90028
cm@oaxlaw.com
Phone: (213) 401-4114

*Attorneys for Plaintiff,* ROGELIO SANTIBANEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROGELIO SANTIBANEZ**,<br><br>                Plaintiff,<br><br>        vs.<br><br>**ERIC ALEJANDRO PARA D/B/A ANGELITOS NUTRITION; SHAHNAZ NASSIM MIRHAROONI, AS TRUSTEE OF THE MIRHAROONI FAMILY TRUST**; and DOES 1 to 10,<br><br>                Defendants. | Case No.: 2:26-cv-03887-BFM<br><br>**REQUEST FOR ENTRY OF DEFAULT (AS TO DEFENDANT SHAHNAZ NASSIM MIRHAROONI, AS TRUSTEE OF THE MIRHAROONI FAMILY TRUST)** |

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff ROGELIO SANTIBANEZ hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant SHAHNAZ NASSIM MIRHAROONI, AS TRUSTEE OF THE MIRHAROONI FAMILY TRUST ("Defendant") on the ground that said Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.

REQUEST FOR ENTRY OF DEFAULT - 1

Plaintiff served the Complaint on Defendant as evidenced by the proof of service of summons on file.

Dated: May 27, 2026                          **OPEN ACCESS LAW, APC**


                                        By:     _/s/ *Jason Theodore Soller*_
                                                Jason Theodore Soller, Esq.
                                                Attorneys for Plaintiff

Jason Theodore Soller (SBN 306137)
**OPEN ACCESS LAW, APC**
5815 W. Sunset Blvd., Ste. 206
Los Angeles, CA 90028
cm@oaxlaw.com
Phone: (213) 401-4114

*Attorneys for Plaintiff,* ROGELIO SANTIBANEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROGELIO SANTIBANEZ**, <br><br> Plaintiff, <br><br> vs. <br><br> **ERIC ALEJANDRO PARA D/B/A ANGELITOS NUTRITION; SHAHNAZ NASSIM MIRHAROONI, AS TRUSTEE OF THE MIRHAROONI FAMILY TRUST**; and DOES 1 to 10, <br><br> Defendants. | Case No.: 2:26-cv-03887-BFM <br><br> **DECLARATION OF JASON THEODORE SOLLER re: REQUEST FOR ENTRY OF DEFAULT (AS TO DEFENDANT SHAHNAZ NASSIM MIRHAROONI, AS TRUSTEE OF THE MIRHAROONI FAMILY TRUST)** |

1.      I, the undersigned, am an attorney licensed to practice law by the State Bar of California and admitted to the Central District of California. I am the attorney of record for the Plaintiff ROGELIO SANTIBANEZ ("Plaintiff") and, in that capacity, I am familiar with this matter.

2.      Federal Rule of Civil Procedure Rule 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise

DECLARATION RE: REQUEST FOR ENTRY OF DEFAULT - 1

defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

3.    We have received no answer or other responsive pleading to the Complaint that was served on Defendant SHAHNAZ NASSIM MIRHAROONI, AS TRUSTEE OF THE MIRHAROONI FAMILY TRUST.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  May 27, 2026                    **OPEN ACCESS LAW, APC**

By:      /s/ *Jason Theodore Soller*
            Jason Theodore Soller, Esq.
            Attorneys for Plaintiff

DECLARATION RE: REQUEST FOR ENTRY OF DEFAULT - 2

PROOF OF SERVICE

I, Ricardo Torres, am a resident of the United States and of the county aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my address is

5815 W. Sunset Blvd., Ste. 206
Los Angeles, CA 90028

On May 27, 2026, I served the foregoing document by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

SHAHNAZ NASSIM MIRHAROONI, AS TRUSTEE OF THE MIRHAROONI FAMILY TRUST
11810 KEARSARGE STREET
LOS ANGELES, CA 90049

DOCUMENT(S): **REQUEST FOR ENTRY OF DEFAULT (AS TO DEFENDANT SHAHNAZ NASSIM MIRHAROONI, AS TRUSTEE OF THE MIRHAROONI FAMILY TRUST); DECLARATION OF JASON THEODORE SOLLER Re: REQUEST FOR ENTRY OF DEFAULT (AS TO DEFENDANT SHAHNAZ NASSIM MIRHAROONI, AS TRUSTEE OF THE MIRHAROONI FAMILY TRUST)**

(X)    BY U.S. POSTAL MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

( )    BY PERSONAL SERVICE: I delivered a true copy of the foregoing document(s) in a sealed envelope by hand to the above addressee(s).

( )    BY FACSIMILE: I caused said document(s) to be transmitted by facsimile to the address(es) set forth above during normal business hours. Said transmission was verified as complete and without error.

( )    BY OVERNIGHT DELIVERY / FEDEX EXPRESS: I caused said envelope(s) to be sent overnight delivery by FedEx Express to the address(es) set forth above.

( )    ONLY BY ELECTRONIC TRANSMISSION: Only by e-mailing the document(s) to the persons at the e-mail address(es) listed. This is necessitated during the Coronavirus (Covid-19) pandemic because this office may be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on May 27, 2026, at Los Angeles, California.

_____

PROOF OF SERVICE - 1